# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| **APRIL COOK, aka April Riddle,**<br><br>        **Plaintiff,**<br>v.<br><br>**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY DBA THE HARTFORD,**<br><br>        **Defendant.** | Case No.  1:23CV-82-GNS |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Hartford Life and Accident Insurance Company ("Hartford" or "Defendant") hereby files this Notice of Removal of this case from the District Court of Clinton County, Kentucky, Case No. 23-C-00087, where it is currently pending, to the United States District Court for the Western District of Kentucky. As discussed below, removal of this action is proper pursuant to this Court's federal question subject matter jurisdiction under 28 U.S.C. § 1331 and § 1441, because Plaintiff's claim against Defendant invokes the Court's federal question subject matter jurisdiction under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq*. Defendant respectfully shows the Court as follows:

1. Plaintiff April Cook, also known as April Riddle, instituted a civil action against Defendant in the District Court of Clinton County, Kentucky, on June 1, 2023. True and correct copies of all of the pleadings, process, and orders in the District Court action that have been received by Defendant are attached hereto collectively as Exhibit A. No further proceedings involving Defendant have occurred in the state court action.

2. Plaintiff's Complaint was served upon CT Corporation as agent for service of process for Hartford on June 7, 2023. This Notice of Removal is filed within thirty (30) days of the filing of this action and well before thirty (30) days from receipt by Defendant of the initial pleading on which the aforesaid action is based pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b).

3. This action should have been filed in this Court pursuant to 28 U.S.C. § 1331, in that Plaintiff's claim invokes this Court's federal question jurisdiction under ERISA.

4. The United States District Court for the Western District of Kentucky is the federal judicial district encompassing the District Court of Clinton County, Kentucky, where this lawsuit was originally filed. Venue is therefore proper under 28 U.S.C. §§ 97(b) and 1441(a).

## FEDERAL QUESTION JURISDICTION

1. Under 28 U.S.C. § 1331, this Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Further, the ERISA jurisdiction provision provides for concurrent jurisdiction to the state and federal courts over participants' claims under 29 U.S.C. § 1332(a)(1)(B) and exclusive jurisdiction to the federal courts over all other ERISA claims by participants. *See* 29 U.S.C. § 1332(e)(1). When filed in state court, such actions may be removed to federal court. *See* 28 U.S.C. § 1441(a).

2. In her Complaint, Plaintiff alleges that she is insured for long-term disability through her employer, Cumberland Family Medical Center. *See* Ex. A at 2 (¶ 3). Based upon an alleged failure to properly credit the fees of the attorneys in her Social Security claim against the benefit offset, Plaintiff asserts a claim under ERISA. *See id.* at 3 (¶ 9). Plaintiff seeks $2,948.00, plus pre- and post-judgment interest, court costs, attorneys fees ("as recoverable . . . under Section 502(a) of ERISA"), and "[f]or all other proper relief." Ex. A at 3 ("Wherefore" paragraph).

3. Because Plaintiff asserts a federal cause of action under ERISA, this Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e) and (f), irrespective of the amount in controversy. *See* Ex. A at 3 (¶ 9 ("That the Defendant pursuant to Section 502(a) of [ERISA] brings this action as a further appeal of right regarding the decision of the Defendant to deny

the credit of $2,948.00 in attorneys fees."), "Wherefore" paragraph, subsection 1 (seeking relief "under Section 502(a) of ERISA")). Accordingly, this cause of action, which could have originally been filed in this Court, is subject to removal under 28 U.S.C. § 1441(a) as an action arising under federal law.

## MISCELLANEOUS

4. A copy of this Notice of Removal is being filed with the District Court of Clinton County, Kentucky, as provided by law, and written notice is being sent to Plaintiff's Counsel.

5. Along with this Notice of Removal, Defendant will tender to the Clerk of this Court the funds necessary to secure removal.

6. This Notice of Removal is filed within thirty (30) days after filing of the complaint and receipt by Defendant of the initial pleading on which the aforesaid action is based pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b).

7. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

8. The allegations of this Notice are true and correct and within the jurisdiction of the United States District Court for the Western District of Kentucky.

9. If any question arises as to the propriety of this removal, Defendant respectfully requests the opportunity to present a brief and argument in support of its position.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Hartford Life and Accident Insurance Company, by and through its undersigned counsel, prays that the above action currently pending against it in the District Court of Clinton County, Kentucky, be removed to this Court.

Respectfully submitted this 27th day of June 2023.

> /s/ Braxton S. Thrash
> Braxton S. Thrash
> MAYNARD NEXSEN PC
> 1901 Sixth Avenue North
> Birmingham, Alabama 35203
> (205) 254-1000
> Attorney for Defendant Hartford Life and Accident Insurance Company

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing Notice of Removal has been served upon the following counsel of record to this proceeding by placing a copy of same in the United States Mail, properly addressed and first-class postage prepaid this the 27th day of June 2023:

David M. Cross
200 East Cumberland Street
P.O. Box 70
Albany, KY 42602
T: 606-387-6638
F: 606-387-6644
david@davidcrosslaw.com

*Counsel for Plaintiff*

            */s/ Braxton S. Thrash*
            OF COUNSEL